IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DUSTIN JONES,**<br>Plaintiff,<br><br>v.<br><br>**JEFFREY A. MILLER CATERING CO.,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br><br>NO. 24CV2698 |

## O R D E R

**AND NOW**, this 22nd day of April, 2025, upon consideration of Defendant Jeffrey A. Miller Catering Co.'s Motion for Summary Judgment (ECF No. 24), as well as all responses and replies thereto (ECF Nos. 25, 26, 27), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

                                            **BY THE COURT:**

                                            S/ WENDY BEETLESTONE
                                            _____
                                            **WENDY BEETLESTONE, J.**